UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MINDI S. HARDIN,

       Plaintiff,

                          Case No. 1:19-CV-42

v.

                          HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green recommending that Plaintiff's application to proceed *in forma pauperis* be denied. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation (ECF No. 4) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that the application to proceed without payment of the filing fee is **DENIED**. If Plaintiff intends to proceed with the lawsuit, she is ordered to pay the $400.00 filing fee within 28 days of the date of this order.


Dated:     February 21, 2019          /s/ Robert J. Jonker                   
                                       ROBERT J. JONKER
                                       CHIEF UNITED STATES DISTRICT JUDGE